IN THE MATTER OF THE APPLICATION OF CHARLES
MILLER FOR A WRIT OF HABEAS CORPUS.

Argued April 21, 1939—Decided May 22, 1939.

Before Justice DONGES.

For the petitioner, *Mario H. Volpe.*

For the state, *Robert Peacock* and *Lynwood Lord.*

DONGES, J.  For the reasons stated in the opinion filed on
a similar application by James Rose, 122 *N. J. L.* 507, sub-
mitted herewith, the petitioner is directed to be discharged
from custody.